UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>CHARLOTTE MARIE MYRTLE<br><br>Debtor. | Case No. 19-12059-MER<br>Chapter 7 |
| KING OF FREIGHT, LLC,<br><br>Plaintiff.<br><br>vs.<br><br>CHARLOTTE MARIE MYRTLE,<br><br>Defendant. | Adversary Proceeding No. 19-01130-MER |

**ORDER GRANTING PLAINTIFF'S MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE PENDING OUTCOME OF KANSAS STATE COURT EVIDENTIARY HEARING**

**THIS MATTER** having come before the Court on the Plaintiff's Motion to Hold Adversary Proceeding in Abeyance Pending Outcome of Kansas State Court Evidentiary Hearing. The Court having reviewed the Motion and being advised in premises does hereby,

**ORDE**R that the Motion is GRANTED.  The scheduling conference on January 13, 2020, is VACATED.

IT IS FURTHER ORDERED that the Plaintiff shall file a status report with the Court on or before **June 15, 2020.**

BY THE COURT:

DATED December 12, 2019.