**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Charlotte Marie Myrtle | ) | Case No. 19-12059-MER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| King Of Freight, LLC. | ) | Adversary Proceeding No.  19-01130-MER |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Charlotte Marie Myrtle, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

King of Freight, LLC, ("Plaintiff") by and through its undersigned counsel, respectfully submits this Status Report and states as follows:

1. The Plaintiff filed its Complaint against Charlotte Marie Myrtle (the "Defendant") on May 20, 2019, to determine dischargeability of debt pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

2. On December 11, 2019, the Plaintiff filed Plaintiff's Unopposed Motion to Hold Adversary Proceeding in Abeyance Pending Outcome of Kansas State Court Evidentiary Hearing. The Court granted the Motion on December 12, 2019 and ordered the Plaintiff to file a status report with the Court on or before June 15, 2020.

3. Mr. Pete Orsi, Counsel for King of Freight, LLC in Kansas, received a notice from the Kansas State Court on April 20, 2020 stating that the evidentiary hearing had been continued from April 30, 2020 to June 8, 2020 at 9:00 a.m.

4. By this Status Report, the Plaintiff respectfully requests that the Court continue to hold the case in abeyance pending the outcome of the Kansas State Evidentiary Hearing currently scheduled for June 8, 2020 at 9:00 a.m.

5. Counsel for the Defendant has agreed to submission of this report.

-1-

DATED this 7th day of May, 2020.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.


*/s/ Michael J. Guyerson*
Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
mike@kjblawoffice.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

   I certify that on May 7, 2020, I served a complete copy of the **STATUS REPORT** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail**:

Charlotte Myrtle
9858 Fox Hill Circle
Highlands Ranch, CO 80129

**Via CM/ECF:**

Nathan Thompson

         */s/ Teresa Neely-White*
         For Buechler Law Office, L.L.C.